**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6883**

─────────────

WILLIAM RICHARD MARVIN, III,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-00-742-2)

─────────────

Submitted:  October 4, 2001        Decided:  October 11, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

William Richard Marvin, III, Appellant Pro Se.  Richard Bain Smith,
Assistant Attorney General, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Richard Marvin, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Marvin's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Marvin v. Angelone, No. CA-00-742-2 (E.D. Va. filed May 1, 2001; entered May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2